CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 12 2019

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:19-MJ-00005 | 1/18/2019 10:50 AM | N/A |

Inventory made in the presence of: DIGITAL EXTRACTION OF CELLULAR DEVICES

Inventory of the property taken and name(s) of any person(s) seized: IN FBI CUSTODY.

DIGITAL EXTRACTION OF CELLULAR TELEPHONES

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/18/2019

*Executing officer's signature*

Stephen Duenas SA FBI
*Printed name and title*

Received in chambers by reliable electronic means on March 12, 2019.

*[signature] Joel C. Hoppe*